## The People of the State of Illinois, Defendant in Error, v. Henry Brown, Plaintiff in Error.

### Gen. No. 23,391.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed. Opinion filed March 12, 1918.

### Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Henry Brown, defendant, for being an inmate of a house of ill-fame for the practice of fornication. To reverse a judgment finding plaintiff guilty, he prosecutes this writ of error.

N. A. KAUFMANN, for plaintiff in error.

MACLAY HOYNE, for defendant in error; GEORGE C. BLISS, of counsel.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

DISORDERLY HOUSE, § 8*—*who is inmate of.* The word "inmate" as used in section 57a—1 of the Criminal Code [Callaghan's 1916 St. Supp. ¶ 3591(1)] refers only to a woman who is in a house of ill-fame for the purpose of plying the business of fornication, and a male cannot be convicted thereunder.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.